| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) McKibben, Howard D | 2. Court or Organization United States District Court | 3. Date of Report 3/28/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ⊚ Nomination, Date 10/4/1984 ⊚ Initial ⊚ Annual ⊚ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |

7. Chambers or Office Address

400 S. Virginia St., Room 804

Reno, Nevada 89509

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Instructor | The National Judicial College, Reno, Nevada |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 APR -4 A 10: 06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Public Employers Retirement System (spouse) |
| 2. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Promissory Note - 4.24% Adjustable 1994 (J) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  House, ▓▓▓ NV ▓▓ | D | Rent | N | W | | | | | |
| 2.  1/2 interest -unimproved land ▓▓▓ NV(water rights) ▓▓ | | None | N | W | | | | | |
| 3.  House, ▓▓▓ Oregon ▓▓ | E | Rent | O | W | | | | | |
| 4.  Bank of America | A | Interest | J | T | | | | | |
| 5.  Bank of America, Checking Acct., ▓▓▓ | | None | J | T | | | | | |
| 6.  Security Benefit & Nationwide Life | D | Interest | M | T | | | | | |
| 7.  Wells Fargo | A | Dividend | M | T | | | | | |
| 8.  Sierra Federal Credit Union, Carson City, NV | B | Interest | L | T | | | | | |
| 9.  Key Plan Maxi-Single Premium Life - Tax Deferred ▓▓ | B | Interest | L | T | | | | | |
| 10.  Hartford - Single Premium | A | Interest | K | W | | | | | |
| 11.  Evergreen Total Return Mutual Fund | D | Dividend | M | T | | | | | |
| 12.  AT&T | A | Dividend | J | T | | | | | |
| 13.  AT&T Wireless | | None | J | T | sold | 10/27 | J | A | |
| 14.  Charles Schwab & Co., Inc. | A | Interest | J | T | | | | | |
| 15.  Bell South | A | Dividend | K | T | | | | | |
| 16.  SBC Communcations | B | Dividend | K | T | | | | | |
| 17.  Dean Witter Sears Liq. Asset & Liq. Asset FD DSC Exchange | D | Interest | K | T | | | | | |
| 18.  (Cont.)DeanWitterTaxFreeDaily Income&ActiveAssetTrust | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)    U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ford Motor Company | A | Dividend | J | T | | | | | |
| 20. Public Employees Retirement System of Nevada | | None | J | W | | | | | |
| 21. Inter Capital Quality Muni (two funds) | A | Interest | J | T | | | | | |
| 22. Inter Capital Insured Muni Income | A | Interest | J | T | | | | | |
| 23. 10.0 net mineral acre interest ████████ Texas | | None | J | W | | | | | |
| 24. Water Rights, ████████ Nevada | | None | J | W | | | | | |
| 25. Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. Dell Computer | | None | J | T | | | | | |
| 27. Microsoft | A | None | J | T | | | | | |
| 28. Delphi Automotive | A | Dividend | J | T | | | | | |
| 29. General Motors | A | Dividend | K | T | | | | | |
| 30. Raytheon Co. | A | Dividend | J | T | | | | | |
| 31. Morgan Stanley Dean Witter IRA Acct: American Opportunities | | None | J | T | | | | | |
| 32. General Electric | A | Dividend | K | T | | | | | |
| 33. Dean Witter IRA Account: Dean Witter Convertible Securities | A | Dividend | J | T | | | | | |
| 34. Dean Witter IRA Account: - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 35. Dean Witter IRA Account: - Dean Witter Div. Growth | | None | J | T | | | | | |
| 36. Dean Witter IRA Account: - T Rowe Price Small Cap | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dean Witter IRA Account: - Dean Witter Equity Trust | A | Dividend | J | T | sold | 7/16 | J | D | |
| 38. Dean Witter Active Asset Acct: - U.S. Treasury Notes | D | Interest | N | T | | | | | |
| 39. Lucent Corp. | | Dividend | J | T | | | | | |
| 40. NCR Corp. | | None | J | T | | | | | |
| 41. General Electric (inadverently listed twice on 2003 Report) | | | | | | | | | |
| 42. Intel | A | Dividend | J | T | | | | | |
| 43. Veritas | | None | J | T | | | | | |
| 44. House - ███████, California | | None | N | W | | | | | |
| 45. Bank of America Time Certificate | B | Interest | L | T | | | | | |
| 46. Tollgrade | | None | K | W | | | | | |
| 47. Sun Microsystems | | None | J | T | | | | | |
| 48. Conexant | | None | J | T | | | | | |
| 49. Interleukin Genetics | | None | J | T | | | | | |
| 50. Avaya | | None | J | T | | | | | |
| 51. Visteon | | None | J | T | | | | | |
| 52. Loral | | None | J | T | | | | | |
| 53. Farm - ███████ Ohio | D | Rent | M | W | | | | | |
| 54. Oracle (See 1 in Part VIII) | | None | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Series I Bonds (eleven) (See 2 in Part VIII) | | None | J | T | | | | | |
| 56. Heritage Bank | B | Interest | K | T | | | | | |
| 57. Smuckers | | None | J | T | | | | | |
| 58. Agere Systems | | None | J | T | | | | | |
| 59. Comcast Corp. | | None | J | T | | | | | |
| 60. Sky Works Solutions | | None | J | T | | | | | |
| 61. Mindspeed (distribution of Conexant) | | None | J | T | distribution | 6/27 | J | | |
| 62. J.P. Morgan & Chase | | None | J | T | purchase | 3/21 | J | | |
| 63. Promissory Note ▓▓▓▓▓▓ New Note 04/2004 | A | Interest | | | pd. in full | 6/14 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKibben, Howard D | 3/28/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

All of our assets are held in a trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date _March 28, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544